UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JASON M. BURROW, and SHAWNA L. BURROW,

Plaintiffs,

v.

SUNKIDD VENTURE, INC., d/b/a AMERICAN BONDED COLLECTION, and SHANE O. NEES and JANE DOE NEES, husband and wife,

Defendants.

NO. CV-08-176-EFS

**ORDER GRANTING PLAINTIFFS' CONSTRUED MOTION TO DISMISS AND CLOSING FILE**

On September 7, 2012, Plaintiffs filed a Notice of Dismissal, ECF No. 31, pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiffs represent that all matters in this case have been adjudicated. *Id.* The Court construed Plaintiffs' notice as a motion to dismiss under Rule 41(a)(2), and the Court set the motion for hearing without oral argument on Friday, October 12, 2012. ECF No. 32. No remaining Defendant has opposed the motion, and pursuant to Local Rule 7.1(e), the Court deems this failure to oppose as consent to dismissal. Having reviewed the pleadings filed in this matter, the Court finds good cause to dismiss this case and grants Plaintiffs' motion.

//

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' construed Motion to Dismiss, **ECF No. 31**, is **GRANTED.**

2. The above-captioned case is hereby **DISMISSED WITH PREJUDICE** without an award of attorneys' fees or costs.

3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel.

**DATED** this 16th day of October 2012.

                S/ Edward F. Shea
                EDWARD F. SHEA
            Senior United States District Judge